MN-305

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

### Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor: Ralph B. Schmidt
Chapter 7 Case No. 07-33022

Please Check One:
☐ Unclaimed Dividends
☒ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Northern States Power Co DBA Xcel Energy 3215 Commerce St., La Crosse, WI 54603 | 5 | 314.62 | 3.19 |
| Randy's Sanitation Inc. PO Box 169, Delano, MN 55328 | 13 | 57.27 | 0.58 |
| total | | | 3.77 |

Date: April 6, 2011

_____
Trustee